# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| RYAN SUMMERS, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 14-03312-CV-MDH |
| LINDA SANDERS, | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's *pro se* Petition for Writ of Habeas Corpus. (Doc. No. 1). Pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, the Petition was referred to the United States Magistrate Judge for preliminary review under 28 U.S.C. § 636(b). The United States Magistrate Judge has completed his preliminary review of Plaintiff's *pro se* Petition and has submitted a report and recommendation to the undersigned. (Doc. No. 8). Plaintiff has not filed exceptions to the Report and Recommendation and the time to do so has expired.[1] The matter is now ripe for ruling.

Based on an independent and careful review of the record before the Court, the Court hereby adopts and incorporates herein by reference the report and recommendation of the Magistrate Judge. As demonstrated by the record before the Court, Plaintiff is no longer in the

---

[1] The Court notes that the Report and Recommendation was sent to Plaintiff at the Medical Center for Federal Prisoners. The docket reflects that mail was returned as undeliverable. As reflected in the Court's record, and the Report and Recommendation, Plaintiff is no longer in the custody of the BOP. The Court further states based on its ruling that Plaintiff's *pro se* Petition is moot, the failure of the clerk to send the Report and Recommendation to Plaintiff's correct address does not prejudice the Plaintiff.

custody of Respondent.  Based on Plaintiff's release from custody, the Court finds that Plaintiff's *pro se* Petition should be dismissed as moot.  Plaintiff's petition requested the Court enjoin the BOP from involuntarily medicating him.  His release has rendered this issue moot.

**WHEREFORE,** the Court **ORDERS** that the report and recommendation of the United States Magistrate Judge is **ADOPTED** and Plaintiff's *pro se* Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED as moot.**

**IT IS SO ORDERED.**

Date:  February 11, 2016

                                        */s/ Douglas Harpool*
                                        **DOUGLAS HARPOOL**
                                        **UNITED STATES DISTRICT JUDGE**